Case 1:21-cv-07535-ALC   Document 12   Filed 09/09/21   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Xoho Tech Private Limited, Lahore, PAKISTAN**

was received by me on *(date)* **10-SEPTEMBER-2021**

☒ I personally served the summons on the individual at *(place)* **18-J2, Near Expo Center Johar Town, Lahore** on *(date)* **16-SEPTEMBER 2021**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* **N/A** , a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Mr. BILAL** , who is designated by law to accept service of process on behalf of *(name of organization)* **Xoho Tech Private Limited, Lahore, Pakistan** on *(date)* **16-SEPTEMBER 2021**; or

☐ I returned the summons unexecuted because **N/A** ; or

☐ Other *(specify):* **NIL**

My fees are $ **50** for travel and $ **1500** for services, for a total of $ **1550** 0.00.

I declare under penalty of perjury that this information is true.

Date: **21-SEPTEMBER 2021**

*Server's signature*

**MUGHEES AHMAD BUTT (ASSOCIATE)**
*Printed name and title*

**SURRIDGE & BEECHENO ADVOCATES, CORPORATE CONSULTANTS & INTELLECTUAL PROPERTY ATTORNEYS**
**60- THE MALL LAHORE, PAKISTAN**
*Server's address*

Additional information regarding attempted service, etc: