AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-07535-ALC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Xoho Tech Inc.</u> was received by me on *(date)* <u>Sep 15, 2021, 12:18 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Charli Blakely, Managing Agent Authorized to Accept</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Xoho Tech Inc.</u> on *(date)* <u>Thu, Sep 16 2021</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: September 17, 2021

*Sharlene Brooks* (signature)
*Server's signature*

Sharlene Brooks, Process Server
*Printed name and title*

Delaware Attorney Services
3516 Silverside Road, Unit 16, Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc.:
Documents Served: Summons in a Civil Action; Civil Cover Sheet; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Rule 7.1 Statement; and Complaint with Exhibits A-E

1) Successful Attempt: Sep 16, 2021, 2:45 pm EDT at United States Corporation Agents, Inc. 221 N. Broad Street, Suite 3A, Middletown, DE 19709 received by Charli Blakely, Managing Agent Authorized to Accept. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'5"; Hair: Black;