Case 1:21-cv-07535-ALC   Document 12   Filed 09/09/21   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mr. ADEEL AHMAD
was received by me on *(date)* 10-SEPTEMBER 2021

☑ I personally served the summons on the individual at *(place)* 18-J2, Near EXPO Center Johar Town, Lahore on *(date)* 16-SEPTEMBER 2021; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* N/A
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mr. ADEEL AHMAD , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because N/A ; or

☐ Other *(specify):* NIL

My fees are $ 50 for travel and $ 1500 for services, for a total of $ 1550
0.00

I declare under penalty of perjury that this information is true.

Date: 21-SEPTEMBER 2021

*Server's signature*

MUGHEES AHMAD BUTT (ASSOCIATE)
*Printed name and title*

SURRIDGE & BEECHENO, CORPORATE CONSULTANTS & INTELLECTUAL PROPERTY ATTORNEYS
60 - THE MALL LAHORE, PAKISTAN
*Server's address*

Additional information regarding attempted service, etc: