USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Nov. 3, 2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Audio Visual Preservation Solutions, Inc.,

                    Plaintiff,

-against-

Xoho Tech Inc. et al.,

                    Defendants.

21-CV-7535-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On November 2, 2021, Defendants Xoho Tech Inc. and Adeel Ahmad filed answers to the Complaint. ECF Nos. 18, 19. To date, Defendant Xoho Tech Private Limited has not filed an answer or otherwise responded to the Complaint. Answers for all Defendants in this case were due on October 7, 2021. ECF Nos. 15-17.

    Accordingly, the Parties shall submit a joint status report no later than **November 10, 2021** on how they would like to proceed with this case. The status report should include any progress toward settlement.

**SO ORDERED.**

**Dated**: Nov. 3, 2021
       New York, New York

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**