UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AUDIO VISUAL PRESERVATION
SOLUTIONS, INC.,

                           **Plaintiffs,**

               -against-

XOHO TECH, INC. ET AL.,

                         **Defendants.**
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb. 22, 2022

1:21-CV-7535 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff Audio Visual Preservation Solutions, Inc.'s ("Plaintiff") pre-motion conference letter dated February 11, 2022 regarding its anticipated motion for summary judgment. *See* ECF No. 35. No defendant has responded to that letter. Upon review of the submission, the request for a pre-motion conference is hereby **GRANTED**.

The Court will hold the conference on **Friday, February 25, 2022 at 11:00AM ET**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Plaintiff is directed to serve a copy of this Order on Defendants, and file proof of service on ECF, by **February 23, 2022**.

**SO ORDERED.**

**Dated:**   Feb., 22, 2022
              New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**