```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AUDIO VISUAL PRESERVATION           :
SOLUTIONS, INC.,                    :
                        Plaintiff,  :
                                    :
                                    :   1:21-CV-7535 (ALC)
        -against-                   :
                                    :   ORDER
                                    :
XOHO TECH, INC. ET AL.,             :
                                    :
                        Defendants. :
                                    :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb. 25, 2022

**ANDREW L. CARTER, JR., United States District Judge:**

In accordance with today's telephone pre-motion conference, it is hereby **ORDERED** that Plaintiff and Defendant Adeel Ahmad shall file a joint status report no later than **March 25, 2022**. Both parties are instructed to meet and confer in advance of this date to prepare the report, and Plaintiff shall file the final report on the docket on behalf of both parties. Should Mr. Ahmad retain new counsel before March 25, his counsel shall file notices of appearance along with the status report.

The Court will hold its decision on Plaintiff's pending request for leave to file a motion for summary judgment against Defendants Xoho Tech, Inc. and Adeel Ahmad at this time. ECF No. 35.

Plaintiff is directed to serve a copy of this Order on Defendant Adeel Ahmad and file proof of service on the docket no later than **March 1, 2022**.

**SO ORDERED.**

Dated:   Feb., 25, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**